

# Fourth Court of Appeals
## San Antonio, Texas

December 5, 2019

No. 04-19-00403-CV

**THE TEXAS BRANDON CORPORATION, INC.** and Ronald R. Wilson,
Appellants

v.

**EOG RESOURCES, INC.**, and Fred Levine,
Appellees

From the 218th Judicial District Court, Karnes County, Texas
Trial Court No. 16-03-00066-CVK
Honorable Russell Wilson, Judge Presiding

# O R D E R

By order dated November 19, 2019, this appeal was abated to the trial court to conduct a hearing to determine whether a reporter's record was taken at a September 20, 2018 hearing in the underlying cause. On December 4, 2019, a supplemental clerk's record was filed containing the trial court's findings that no record was requested or taken, the court reporter was excused from the courtroom during the hearing, and no objection was made to the court reporter's departure. It is therefore ORDERED that this appeal is REINSTATED on the docket of the court. The appellate record is complete. Appellant's brief must be filed no later than January 6, 2020.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of December, 2019.

_Michael A. Cruz_
MICHAEL A. CRUZ,
Clerk of Court